Melissa Goforth Koenig, Asst. U.S. Atty.  Daniel Crowson, Pro Se Plaintiff
601 D Street, NW, Wash., D.C. 20579  670 Rhode Island Ave., NE
(202) 252-2552 / (202) 252-2599 (Fax)  Washington, D.C. 20002
melissa.goforth.koenig@usdoj.gov  daniel_crowson@outlook.com

# UNITED STATES BANKRUPTCY COURT
### For the District of Columbia

| | | |
|---|---|---|
| In re: Daniel Crowson, | ) | Bankruptcy Case No. 23-00364 (ELG) |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| _____ | ) _____ | |
| | ) | |
| Daniel Crowson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 24-10010 (ELG) |
| | ) | |
| | ) | |
| United States | ) | Status Hearing: August 28, 2024 |
| U.S. Department of Education, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL**

The Plaintiff, Daniel Crowson, and Defendant, the U.S. Department of Education ("the Department"), by and through its counsel, the United States Attorney for the District of Columbia, pursuant to Rule 41 of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby stipulate to the dismissal of the above-captioned adversary proceeding with prejudice due to a substantial portion of the subject loans being discharged as a part of Plaintiff's Borrower Defense Case. *See* Exhibit. Each side bears its own fees and costs.

\*    \*    \*

Respectfully submitted,

*/s/ Daniel Crowson*
670 Rhode Island Ave., NE
Washington, D.C. 20002
Tel. (804) 503-2113
daniel_crowson@outlook.com

*Pro Se Plaintiff*

August 22, 2024

MATTHEW GRAVES,
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     /s/ *Melissa Goforth Koenig*
MELISSA GOFORTH KOENIG
TX Bar No. 24027269
Assistant U.S. Attorney (Civil Division)
601 D Street, NW (Patrick Henry Building)
Washington, D.C. 20530
(202) 252-2552 / (202) 252-2599 (Fax)
melissa.goforth.koenig@usdoj.gov

*Counsel for the U.S. Dept. of Education*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
MELISSA GOFORTH KOENIG
ASSISTANT UNITED STATES ATTORNEY