

July 24, 2024

ACCT NUMBER:

DANIEL W CROWSON
670 RHODE ISLAND AVE NE
APT 513
WASHINGTON DC 20002-1675

We have received payment in full on your loan(s) listed on the enclosed Loan Information Sheet.

Retain this letter as a record of your paid in full status. This letter pertains only to the loan(s) referenced and not to any other loan(s) we may be servicing under this account number. You will receive a similar notice for each loan as it is paid in full.

Your paid in full status may be a result of one of the following: a payment made by you, a payment made on your behalf, or a school refund.

Please understand that the paid in full status is subject to change, should any financial activity occur on the loan(s) after the date of this letter. Examples of financial activity include returned payments due to insufficient funds, financial adjustments due to changes in past school enrollment dates, and refunds of payments that paid the loan(s) in full.

Sincerely,

MOHELA

This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.

**California residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877-FTC-HELP or **www.ftc.gov**.

**Massachusetts residents:** If you are struggling with your student loans, please visit **www.mass.gov/ago/ studentloans** to get help from the Ombudsman's Student Loan Assistance Unit.

OS06BPFMPN                                            8600000130240061

P 888.866.4352    F 866.222.7060    TDD Dial 711    7A-8P M, 7A-7P T-W, 7A-5P Th-F CT    **mohela.com**
fb.com/MOHELA.usa    @MOHELA    633 Spirit Drive Chesterfield, MO 63005-1243

Below is the pertinent information for the loan(s) referenced in the enclosed letter.

**LOAN INFORMATION**

| Loan Program | Current Owner | Disbursement Date |
|---|---|---|
| DLSCNS | DEPT OF EDUCATION | 05/20/2020 |
| DLUCNS | DEPT OF EDUCATION | 05/20/2020 |